FILED
02 DEC -9 PM 2:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIE L. PORTER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | NO. CV 01-J-1813-E |
| ) | |
| WARDEN R. WILEY, ) | |
| ) | |
| Respondent. ) | |

ENTERED
DEC 10 2002

## MEMORANDUM OPINION

The petitioner, Willie L. Porter, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He alleges that he is being illegally detained at the Federal Correctional Institution in Talladega, Alabama.

The respondent has filed a status report with this court, indicating that the petitioner is no longer in federal custody. (Doc. 6). The court entered an order permitting the petitioner an opportunity to respond. (Doc. 7). The petitioner has not responded to the court's order.

Premised on the foregoing, Porter's petition for a writ of habeas corpus is due to be dismissed as being moot. An appropriate order will be entered.

**DONE**, this ___9___ day of December, 2002.

INGE P. JOHNSON
UNITED STATES DISTRICT JUDGE